**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

UNITED STATES OF AMERICA      :

vs.                             : CRIMINAL NO.:  20-00110-WS

STEVEN JOHN FINEGAN      :

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 96) and without any objection having been filed by the parties, the plea of guilty of the Defendant to Count(s) One of the Indictment/Information is now accepted and the Defendant is adjudged guilty of such offense.  A sentencing hearing has been scheduled for **April 13, 2021, at 9:30 a.m**.

**DONE and ORDERED** this 6th day of January 2020.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE